IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

BOBBIE WILLIAMS,                      *
                                      *
          Plaintiff,                  *
                                      *
     v.                               *          CV 323-099
                                      *
DUBLIN CONSTRUCTION COMPANY,          *
INC.,                                 *
                                      *
          Defendant.                  *

_____

**O R D E R**

_____

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 16.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE.** The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this ___4th___ day of April, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA